**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MCHUGH DEVELOPMENT & CONSTRUCTION, INC., on behalf of Plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 20 cv 5706 |
| v. | ) ) | |
| PRECISION DIAMOND TOOLS, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

<u>**ORDER ENTERING DEFAULT JUDGMENT**</u>

This matter coming to be heard on prove-up on damages and fees and costs in support of Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Precision Diamond Tools, LLC and in Plaintiff's favor, in the amount of $6,000.00 for plaintiff in statutory damages, plus $478.50 in costs of suit.

Defendant Precision Diamond Tools, LLC is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to plaintiff.

Plaintiff's individual claims against John Does 1-10 are dismissed without prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Date: July 21, 2021

John J. Tharp, Jr.
United States District Judge