# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MCHUGH DEVELOPMENT & CONSTRUCTION, INC., ) ) ) | |
| ) | No. 21-cv-05706 |
| Plaintiff, ) | Judge John J. Tharp, Jr. |
| v. ) ) | |
| PRECISION DIAMOND TOOLS, ) LLC, and JOHN DOES 1-10, ) ) ) | |
| Defendant, | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. on Plaintiff's motion for default judgment, judgment is hereby entered in favor of the plaintiff, McHugh Development and Construction, Inc., and against defendant Precision Diamond Tools, LLC, in the amount of $6478.60, inclusive of costs.

Date: July 21, 2021

John J. Tharp, Jr.
United States District Judge